IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-160-D

DANIELLE A. CARTER,            )
                               )
            Plaintiff,         )
                               )
   v.                          )        **ORDER**
                               )
THE CITY OF RALEIGH, et al.,   )
                               )
            Defendants.        )

On June 18, 2018, Magistrate Judge Jones issued a Memorandum and Recommendation ("M&R") and recommended that plaintiff's application to proceed in forma pauperis be granted and that the complaint be dismissed without prejudice [D.E. 6]. Plaintiff did not file objections to the M&R. On June 18, 2018, plaintiff filed a request for attorney representation [D.E. 7].

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R, and the record. The court is satisfied that there is no clear error on the face of the record, and the court adopts the conclusions in the M&R.

In sum, plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, and

plaintiff's complaint [D.E. 1-1] is DISMISSED without prejudice. Plaintiff's motion for an attorney [D.E. 7] is DENIED.

SO ORDERED. This 9 day of July 2018.

                                              JAMES C. DEVER III
                                              Chief United States District Judge