UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANIELLE A. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:18-CV-160-D** |
| ) | |
| THE CITY OF RALEIGH; THE STATE ) | |
| OF NORTH CAROLINA; RALEIGH ) | |
| POLICE DEPARTMENT; WAKE MED ) | |
| FACULTY PHYSICIANS; NC STATE ) | |
| BAR, No. 33930; C.E. WARREN, Officer; ) | |
| and JENNIFER COOPER, Officer, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, and plaintiff's complaint [D.E. 1-1] is DISMISSED without prejudice. Plaintiff's motion for an attorney [D.E. 7] is DENIED.

**This Judgment Filed and Entered on July 9, 2018, and Copies To:**

Danielle A. Carter	(Sent to P.O. Box 40194 Raleigh, NC 27604 via US Mail)

DATE:	PETER A. MOORE, JR., CLERK

July 9, 2018	(By) /s/ Nicole Briggeman
	Deputy Clerk